UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,    CASE No.: 6:25-cv-00350-JSS-RMN
    Plaintiff,
vs.

PRIMAKUSHI, LLC, and
JUICE IS GOOD, LLC, d/b/a
SOHO JUICE COMPANY,
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with prejudice of this action as to both Defendant Primakushi, LLC and Juice is Good, LLC d/b/a Soho Juice Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). **Dated: April 16, 2025.**

                                               By: /s/ Anthony T. Litsch III
                                               Anthony T. Litsch III
                                               1368 Turnbull Bay Road, Suite 303
                                               New Smyrna Beach, FL 32168
                                               Phone: (386) 409-7252
                                               Email: bb_litsch4@att.net
                                               Email: anthonytlitschiii@gmail.com
                                               Florida Bar #0084437
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:/s/Anthony T. Litsch III
    Anthony T. Litsch III
    1368 Turnbull Bay Road, Suite 303
    New Smyrna Beach, Florida 32168
    Telephone: 386-409-7252
    Email: bb_litsch4@att.net
    Email:AnthonyTLitschiii@gmail.com
    Florida Bar Number: 0084437
    Attorney for Plaintiff